UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JERROD COOPER** | **CIVIL ACTION NO. 16-1706** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **COLIN ROGERS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Jerrod Cooper's illegal stop and wrongful arrest claims are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claim against Defendant Colin Rogers is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief can be granted.

The court notes that Plaintiff's excessive force claim against Defendant Robbie Tucker is not subject to the instant Report and Recommendation [See Record Document 17].

SHREVEPORT, LOUISIANA, this _6th_____ day of September, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE