UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JERROD COOPER** | **CIVIL ACTION NO. 16-1706** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **COLIN ROGERS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Jerrod Cooper's remaining claims against Robbie Tucker are **DISMISSED WITH PREJUDICE**, in accordance with the provisions of Fed.R.Civ.P. 41(b) for failure to prosecute.

SHREVEPORT, LOUISIANA, this ___ day of February, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE